DAN RAYFIELD
Attorney General
ALLIE M. BOYD  #163478
Senior Assistant Attorney General
ANNA FUGATE #203720
JILL L. CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  allie.m.boyd@doj.oregon.gov
        anna.m.fugate@doj.oregon.gov
        jill.conbere@doj.oregon.gov

Attorneys for Defendant State of Oregon by and through Oregon Health Authority and the Oregon
State Hospital

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SIERRA HASS, in her personal capacity; and ESTATE OF KENNETH HASS, by and through SIERRA HASS as its Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON, by and through its Oregon Health Authority and the Oregon State Hospital; SEJAL HATHI, MD; SARA WALKER, MD; JAMES PEYKANU, MD; RYAN BELL, MD; KYLE BOWERS, MD; LES CHRISTIANSON, DO; DOLORES MATTEUCI; POORNIMA RANGANATHAN, MD; RUBINA GUNDROO, MD; BHARGAV MUPPANENI, MD; JIGAR CHOTALIA, MD; ROBERT HIESTER, PMNHP; KAREN JAMIESON, KELLY COCKROFT, RN, MOFOLUWASHO ADENAKAN, RN; MOHAMED DARAMI, LPN; NICOLE | Case No.  3:26-cv-01422-YY<br><br>DECLARATION OF ALLIE M. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME |

Page 1 -    DECLARATION OF ALLIE M. BOYD IN SUPPORT OF MOTION FOR EXTENSION
            OF TIME
            AB9/bm9/1028044466

OKEKE, RN; LETI ORTEGA; JOSEPH
KAMANDI,

        Defendants.

I, Allie M. Boyd, hereby declare:

1.      I am a Senior Assistant Attorney General with the Oregon Department of Justice (DOJ), and the attorney of record for Defendant State of Oregon by and through Oregon Health Authority and Oregon State Hospital in the above-captioned matter.

2.      The remaining defendants are all individuals who are alleged to have worked at Oregon State Hospital or Oregon Health Authority. Defendants may be current employees, former employees, or have a non-employment relationship with the State. As such, DOJ may represent all or some of these defendants. Given the number of individual defendants, my office requires additional time to make determinations with each of the defendants regarding representation before they can appear in this matter. I do not require additional time to file on behalf of the State of Oregon, and will file an appearance by the original deadline to appear.

3.      I conferred with plaintiffs' counsel regarding this motion and counsel did not object. The parties conferred and stipulated to a new appearance deadline for all defendants other than the State of Oregon to September 10, 2026.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July 30, 2026.

        *s/ Allie M. Boyd*
        ALLIE M. BOYD
        Senior Assistant Attorney General

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000