DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
Senior Assistant Attorney General
ANNA FUGATE #203720
JILL L. CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
anna.m.fugate@doj.oregon.gov
jill.conbere@doj.oregon.gov

Attorneys for Defendants State Of Oregon, Sejal Hathi, Sara Walker, James Peykanu, Ryan Bell, Kyle Bowers, Les Christianson, Dolores Matteuci, Poornima Ranganathan, Rubina Gundroo, Bhargav Muppaneni, Jigar Chotalia, Robert Hiester, Karen Jamieson, Kelly Cockroft, Leti Ortega, and Joseph Kamanda

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SIERRA HASS, in her personal capacity; and ESTATE OF KENNETH HASS, by and through SIERRA HASS as its Personal Representative,

Plaintiff,

v.

STATE OF OREGON, by and through its Oregon Health Authority and the Oregon State Hospital; SEJAL HATHI, MD; SARA WALKER, MD; JAMES PEYKANU, MD; RYAN BELL, MD; KYLE BOWERS, MD; LES CHRISTIANSON, DO; DOLORES MATTEUCI; POORNIMA RANGANATHAN, MD; RUBINA GUNDROO, MD; BHARGAV MUPPANENI, MD; JIGAR CHOTALIA, MD; ROBERT HIESTER, PMNHP; KAREN JAMIESON, KELLY COCKROFT, RN, MOFOLUWASHO ADENAKAN, RN; MOHAMED DARAMI, LPN; NICOLE OKEKE, RN; LETI ORTEGA; JOSEPH KAMANDI,

Defendants.

Case No. 3:26-cv-01422-YY

STIPULATED CLAWBACK AND NON-WAIVER ORDER



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

One or more of the parties has requested the production in discovery of documents or information that may be subject to evidentiary privileges, including attorney-client privilege and/or attorney work product doctrine. The parties agree that good cause exists to protect privileged communications between parties and their counsel, and that entry of this Stipulated Clawback and Non-Waiver Order ("Clawback Order") is warranted to protect against disclosure of privileged communications or work product.

1. Pursuant to Federal Rule of Evidence 502(d), disclosure in discovery by either party of privileged information or protected trial preparation materials shall not operate as a waiver of such privilege or immunity from discovery.

2. A party learning that information that party has produced is subject to a claim of privilege or work product shall immediately notify the receiving parties in writing of its claim of privilege (including the basis(es) of the privilege claim) and identify the privileged material(s) in question.

3. Upon receipt of such notice, the receiving parties shall return, turn over to the Court under seal, or destroy all copies of the privileged material. A party may challenge the assertion of privilege by motion to the Court, following good faith efforts to confer and resolve the dispute. The disclosing party must preserve the disputed privileged material(s) until a final judgment no longer subject to appeal is entered in this case.

4. Unless all parties agree in writing or the Court otherwise orders, no party may disclose to any third party, refer to in any court filing or proceeding, or otherwise use the allegedly privileged material(s) (or any information derived exclusively therefrom) in this or any other case unless and until the Court finds the material(s) is not subject to privilege, or otherwise orders disclosure.

5. This Clawback Order shall not constitute a waiver of any party's or non-party's right to oppose any discovery request or object to the admissibility of any document, testimony, or other information.


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

6. The rights and obligations of the Clawback and Non-Waiver Order shall survive the conclusion of this action, and this Court shall retain jurisdiction of this action after its conclusion for the purpose of enforcing the terms of this Order.

**SO STIPULATED** this 18th day of November, 2026.

*s/ Michelle Burrows*
MICHELLE R. BURROWS #861606
Attorney for Plaintiff

*s/ Allie M. Boyd*
ALLIE M. BOYD #163478
Attorney for State Defendants

*s/ Kimberly Grande*
KIMBERLY GRANDE, NC Bar #40708
Of Attorneys for Defendant Darami

*s/ Thomas Armosino*
THOMAS ARMOSINO #911954
Of Attorneys for Defendants Adenakan and Okeke

**IT IS SO ORDERED.**

DATED: ________________

___________________________________

Submitted by: Allie M. Boyd
Senior Assistant Attorney General
Attorneys for Defendants


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000